**DISMISS; and Opinion Filed May 11, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00587-CV

### IN RE JOSEPH NASH, Relator

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-54141-Y**

## MEMORANDUM OPINION
Before Justices Lang, Fillmore, and Brown
Opinion by Justice Brown

Relator Joseph Nash filed a pro se petition for writ of mandamus asking that we order Dallas County District Clerk "Gary Fitzsimmons"[1] to provide him with a copy of the record in this case so that relator can prepare "for an appeal to a higher court of his conviction imposed" by the trial court. Relator also asserts that he needs the documents to seek redress by "habeas corpus relief." We dismiss the petition for lack of jurisdiction.

The Court's power to issue a writ of mandamus is set forth in section 22.221 of the Texas Government Code. Because the Dallas County District Clerk is not a judge, the district clerk falls within our mandamus jurisdiction only to the extent necessary to enforce our jurisdiction. *See* TEX. GOV'T CODE ANN. § 22.221(a), (b) (West 2004) (writ power).

There is no appeal pending in this Court regarding relator's conviction, and this Court does not have jurisdiction over post-conviction habeas corpus proceedings. *See* TEX. CODE

---

[1] Gary Fitzsimmons is the former district clerk. The current district clerk is Felicia Pitre.

CRIM. P. ANN. art. 11.05 (West) (by whom writ may be granted). Therefore, this Court has no jurisdiction to enforce regarding the Dallas County District Clerk, leaving us without jurisdiction over relator's petition for writ of mandamus.

We dismiss the petition for want of jurisdiction.

/Ada Brown/
ADA BROWN
JUSTICE

150587F.P05